NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted December 22, 2009
Decided January 12, 2010

**Before**

MICHAEL S. KANNE, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| Nos. 07-1657 & 07-2685 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | No. 05 CR 471 |
| *v.* | Matthew F. Kennelly, |
| RAY LONGSTREET and MICHAEL ERVIN, *Defendants-Appellants*. | *Judge*. |

**O R D E R**

On June 8, 2009, we ordered these cases be returned to the district court on limited remand to query whether the district court wanted to resentence Ray Longstreet and Michael Ervin in light of the Supreme Court's decision in *Kimbrough v. United States*, 552 U.S. 85 (2007).  On December 22, 2009, the district court communicated its desire to resentence the defendants. Accordingly, we **VACATE** Ray Longstreet's and Michael Ervin's sentences and **REMAND** their cases to the district court for resentencing.